HAROLD OHRINGER, INC., Plaintiff-Respondent, v. BARRY KASS et al., Appellants.

Concur — Botein, P. J., Eager, Tilzer, Rabin and McNally, JJ.